WR-29,572-10                    29,572-10

BRAZOS COUNTY NO: 12-02861-CRF-272-B

# IN THE TEXAS COURT OF CRIMINAL APPEALS
# AT AUSTIN, TEXAS

RE: SUPPLIMENTAL TRANSCRIPT ON PENDING
APPLICATION FOR A WRIT OF MANDAMUS

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF THE TEXAS
COURT OF CRIMINAL APPEALS:

COMES NOW, THOMAS DUANE BLANCHARD, RELATOR
IN THE INSTANT CAUSE FILING THIS
SUPPLIMENTAL TRANSCRIPT TO THE PENDING
APPLICATION FOR A WRIT OF MANDAMUS, AND
FOR GOOD CAUSE, WILL SHOW THIS HONORABLE
COURT THE FOLLOWING:

I.

ON JANUARY 14TH 2015, THIS HONORABLE COURT
FILED AN ORDER IN REGARDS TO THE
APPLICATION FOR A WRIT OF MANDAMUS
ALLOWING THE RESPONDENT 30 DAYS TO RESPOND.
THE ORDER BY THE 272ND DISTRICT COURT
WAS SIGNED ON JANUARY 16TH 2015 FOR THE
DISTRICT CLERK TO TRANSMIT THE HABEAS
CORPUS RECORD.

PAGE 1

THE DISTRICT CLERK SENT A COPY OF THE ORDER AND A COPY OF THE INDEX OF WHAT THEY SENT TO THE COURT OF CRIMINAL APPEALS. THE CLERK ONLY SENT THE APPLICATION FOR WRIT OF HABEAS CORPUS, PAGES 1-24. (SEE EXHIBIT-1, COPY OF INDEX). THE DISTRICT CLERK OMITTED THE MEMORANDUM IN SUPPORT AND THE EXHIBIT'S WHICH SUPPORT THE CLAIM'S MADE IN THE WRIT.

## II.

ON JANUARY 7TH 2015, THE DISTRICT CLERK FILED RELATOR'S NOTICE OF AMENDING PETITION WITH THREE MORE GROUNDS. GROUND 11 IS ON THE DENIAL OF COUNSEL FOR THIS WRIT. THE TRIAL COURT ENTERED AN ORDER ON SEPTEMBER 12TH 2013 APPOINTING RICHARD E. WETZEL TO REPRESENT THE RELATOR IN ANY APPEAL AND/OR POST CONVICTION WRIT PROCEEDINGS, IF ANY, OR UNTIL RELEASED BY WRITTEN ORDER OF THIS COURT. (SEE EXHIBIT-2, LETTER FROM DISTRICT CLERK STATING THE THREE GROUNDS WERE FILED) (SEE EXHIBIT 3, ORDER APPOINTING ATTORNEY FOR POST CONVICTION WRIT PROCEEDINGS). THE TRIAL COURT HAS NOT ENTERED A RESPONSE TO THE ADDED GROUNDS, 9 THROUGH 11. THE RELATOR SENT A COPY OF THE 3 ADDED GROUNDS TO THE COURT OF CRIMINAL APPEALS AT THE TIME HE FILED THEM WITH THE DISTRICT CLERK.

THE RELATOR FILED A REBUTTAL TO THE STATES RESPONSE TITLED SUPPLIMENTAL TRANSCRIPT ON APPLICATION FOR WRIT OF HABEAS CORPUS. IT WAS FILED ON OR ABOUT JANUARY 29TH, 2015. THE CLERK SUBMITTED A SUMMARY SHEET THAT CONTAIN'S INCORRECT INFORMATION. (SEE EXHIBIT 4, CLERK'S SUMMARY SHEET). THE TRIAL DATE WAS JANUARY 28TH 2013. THE COURT DID NOT HOLD A HEARING. THE PLEA ENTERED WAS NOT GUILTY AS THIS WAS A JURY TRIAL.

THE RELATOR PRAYS THIS HONORABLE COURT WILL ORDER THE DISTRICT CLERK TO TRANSMIT THE OMITTED MEMORANDUM IN SUPPORT AND EXHIBITS THAT SUPPORT THE RELATOR'S CLAIM'S AND ORDER THEM TO RESPOND TO THE AMENDED ALLEGATIONS THAT WERE FILED BUT NEVER ADDRESSED. THE RELATOR FILED AN ORDER FOR RICHARD WETZEL TO REPRESENT HIM ON THIS HABEAS BUT A.D.A. WILL WARD SUPPRESSED THE ORDER AND KEPT IT OFF THE DOCKET. THE A.D.A. HAS DENIED RELATOR DUE PROCESS BY REFUSING TO HAVE THE COURT ORDER APPOINTING RICHARD WETZEL HONORED. THE RELATOR IS NOT AN ATTORNEY OR PARALEGAL AND PRAYS THIS HONORABLE COURT TAKE THAT INTO CONSIDERATION.

IF THE TRIAL COURT IS ORDERED TO HONOR THE COURT ORDER APPOINTING COUNSEL, THE RELATOR PRAYS THIS HONORABLE COURT ALLOW THE COUNSEL AND RELATOR TO WITHDRAW AND RE-FILE THE HABEAS IF COUNSEL WISHES TO DO SO.

THANK YOU FOR YOUR TIME AND CONSIDERATION ON THE ISSUE OF THIS WRIT. I AM VERY GRATEFUL FOR YOUR HELP.

SIGNED
FEBRUARY 16TH 2015.      RESPECTFULLY SUBMITTED

*Thomas Blanchard*
RELATOR    1841613
SEGOVIA UNIT
1201 E. EL CIBOLO RD
EDINBURG, TEXAS
                78539

# WRIT OF HABEAS CORPUS

## CAUSE NO. 12-02861-CRF-272B

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
|---|---|---|
| VS. | § | BRAZOS COUNTY, TEXAS |
| Thomas Duane Blanchard | § | 272ND DISTRICT COURT |

**INDEX**          **PAGE**

| | | |
|---|---|---|
| • APPLICATION FOR WRIT OF HABEAS CORPUS SEEKING RELIEF FROM FINAL FELONY CONVICTION UNDER CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07 | ................................................. | 1-24 |
| • INDICTMENT & COMPLAINT | ................................................. | 25-26 |
| • JUDGMENT | ................................................. | 27-29 |
| • ORDER | ................................................. | 30-31 |
| • ORDER ON STATE'S REQUEST FOR TRIAL COURT TO EXTEND TIME | ................................................. | 32 |
| • AFFIDAVIT FOR WILLIAM WARD | ................................................. | 33-38 |
| • AFFIDAVIT FOR MISTY SWAN | ................................................. | 39-43 |
| • AFFIDAVIT FOR MARK MALTSBERGER | ................................................. | 44-55 |
| • STATE'S ORIGINAL ANSWER | ................................................. | 56-81 |
| • COMMITMENT/RELEASE ORDER (FILED DATED 2-5-13) | ................................................. | 82 |
| • COMMITMENT/RELEASE ORDER (FILED DATED 3-11-13) | ................................................. | 83 |

| | | |
|---|---|---|
| • FINDS OF FACTS AND ORDER | ................................................ | 84-85 |
| • ORDER TO TRANSMIT HABEAS CORPUS RECORD (POST-CONVICTION APPLICATION) | ................................................ | 86-93 |
| • DOCKET SHEET'S | ................................................ | 94-97 |
| • CLERK'S CERTIFICATE | ................................................ | 98 |

EXHIBIT 2

Brazos County



**Marc Hamlin**
District Clerk

300 E. 26th St., Suite 216
Bryan TX 77803
(979) 361-4240
(979) 361-0197 fax

January 07, 2015

Thomas Blanchard TDCJ#1841613
Sequoia Unit
1201 E. Cibolo Rd.
Edinburg, TX 78539

Certified Mail Rec# 70133020000170078111

RE:   Cause No.  12-02861-CRF-272B
       The State of Texas vs. BLANCHARD, THOMAS DUANE

Dear Mr. Blanchard:

    Enclosed herewith is a copy of the   Notice of Amending Petition with
Three More Grounds filed in the above-numbered and styled cause from Brazos
County, Texas.

    I appreciate your attention to this matter.

Very truly yours,

**Marc Hamlin/TK**
Marc Hamlin,
District Clerk

cc:   Doug Howell, III. (Asst. D.A.)      Hand Delivered

EXHIBIT 3

No. 12-02861-CRF-272

THE STATE OF TEXAS

272ND DISTRICT COURT

VS.

IN

THOMAS DUANE BLANCHARD

BRAZOS COUNTY, TEXAS

## ORDER APPOINTING ATTORNEY

On this September 12, 2013, let it be known that this Court found good cause to appoint an attorney to represent the Defendant in any post-conviction writ and/or appeal proceedings in the above numbered cause(s).

I hereby appoint **RICHARD E. WETZEL**, an attorney found by the Court to be competent, to represent THOMAS DUANE BLANCHARD , Defendant in the above numbered and titled cause in any post-conviction writ and/or appeal proceedings, if any, or until released by written order of this Court.

SIGNED on Thursday, September 12, 2013.

TRAVIS B. BRYAN III
Presiding Judge

Copy was: ❑ Mailed to: ❑ Delivered to: ❑ Transmitted by fax to:

**RICHARD E. WETZEL**

**1411 West Avenue**
**Austin, Tx 78701**

**512-469-7943**
**FAX: 512-474-5594**

| Attorney Appointed | Address | Phone Number |
|---|---|---|

Copy was: ❑ Mailed to: ❑ Delivered to: Custody status:

**THOMAS DUANE BLANCHARD**
**IN JAIL**

| Defendant | Address | Phone Number |
|---|---|---|

Copy was faxed to Office of the Brazos County District Attorney
VIA FAX NO. (979) 361-4368

EXHIBIT 4

Blanchard, Thomas

APPLICATION FOR
WRIT OF HABEAS CORPUS

TRIAL COURT NO.: 12-02861-CRF-272B

CLERK'S SUMMARY SHEET

APPLICANT'S NAME:    BLANCHARD, THOMAS DUANE

OFFENSE:   POSSESSION OF CONTROLLED SUB. LESS THEN 1 GRAM

SENTENCE: 8 YRS TDC

TRIAL DATE: ~~FEBRUARY 19, 2013~~ JANUARY 28TH, 2013

JUDGE'S NAME PRESIDING: Honorable Judge Travis Bryan III

APPEAL NO.:    N/A

CITATION TO OPINION:  N/A    S.W.Sd:    N/A

HEARING HELD:  ~~X  YES~~  X  NO

FINDINGS & CONCLUSIONS FILED:  X ___ YES _____ NO
(Pertaining to the Application for Writ)

RECOMMENDATION: _____ GRANT ___X__ DENY _____ NONE
(Trial Courts Recommendation Regarding Application)

JUDGE'S NAME:  Honorable TRAVIS BRYAN III
(Judge Presiding over Habeas Proceeding)

PLEA: _X_ NOT GUILTY ____ NOLO CONTENDERE ~~X  GUILTY~~

## CERTIFICATE OF SERVICE

I, THOMAS BLANCHARD, RELATOR, DO HEREBY CERTIFY THE ORIGINAL SUPPLIMENT TO THE APPLICATION FOR WRIT OF MANDAMUS WAS MAILED TO ABEL ACOSTA, CLERK, COURT OF CRIMINAL APPEALS, P.O. BOX 12308, Capitol Station, AUSTIN, TEXAS 78711, ON FEBRUARY 16TH 2015

_Thomas Blanchard_
RELATOR